IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Civil Action No. 09-cv-01736-ZLW-KLM

TODD O'CONNER MAYES,

    Applicant,

v.

MICHAEL ARRELANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.
_____

ORDER
_____

    The matter before the Court is an Application for a Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (Doc. No. 2).  The Application was referred to Magistrate Judge Kristen L. Mix for a recommendation pursuant to D.C.COLO.LCivR 72.1C.3.  On February 8, 2011, the Magistrate Judge issued her Recommendation that the Application be denied.[1]  No party filed objections to the Recommendation.

    Having reviewed the record and the Recommendation, the Court is satisfied "that there is no clear error on the face of the record."[2]  Accordingly, it is

    ORDERED that the Recommendation (Doc. No. 29; Feb. 8, 2011) is accepted and adopted in its entirety.  It is

---

[1] Doc. No. 29.

[2] See Fed. R. Civ. P. 72(b) advisory committee's note; Summer v. Utah, 927 F.2d 1165, 1167 (10th Cir. 1991); Thomas v. Arn, 474 U.S. 140, 150 (1985).

FURTHER ORDERED that the Application for a Writ Of Habeas Corpus Pursuant To 28 U.S.C. § 2254 (Doc. No. 2; July 29, 2009) is denied.

DATED at Denver, Colorado, this 23rd day of March, 2011.

BY THE COURT:

*Zita Leeson Weinshienk*
_____
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court