IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01736-ZLW-KLM

TODD O'CONNER MAYES,

        Applicant,

v.

MICHEAL ARRELANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

        Respondents.

## ORDER DENYING CERTIFICATE OF APPEALABILITY

Babcock, Senior Judge

        Applicant has filed a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

        ORDERED that a certificate of appealability will not be issued.

        DATED at Denver, Colorado this  25th  day of April, 2011.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              SENIOR JUDGE, UNITED STATES DISTRICT
                              COURT FOR THE DISTRICT OF COLORADO