```
                                                           FILED
                                                  UNITED STATES DISTRICT COURT
                                                      DENVER, COLORADO
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

NOV - 7 2011

GREGORY C. LANGHAM
CLERK

CIVIL ACTION NO.   09-cv-01736-ZLW-KLM

TODD O'CONNER MAYES,

    Applicant,

vs.

MICHAEL ARRELANO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

### ORDER RETURNING STATE COURT RECORD

Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the Clerk shall return the State Court Record.

Dated: November 7, 2011.

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        WILEY Y. DANIEL,
                                        CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-01736 ZLW

City and County of Denver District Court
1437 Bannock St. Rm 256
Denver, CO 80202

Todd O'Connor Mayes
# 120976
Arkansas Valley Correctional Facility (AVCF)
P.O. Box 1000
Crowley, CO 81034

Elizabeth Fraser Rohrbough - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on __11/7/11__.

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk